FILED
CLERK, U.S. DISTRICT COURT

FEB 1 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACK McGAREY | ) | NO. CV 07-02430-GHK |
| | ) | |
| Petitioner, | ) | ORDER DECLINING TO ISSUE A |
| | ) | CERTIFICATE OF |
| vs. | ) | APPEALABILITY |
| | ) | |
| D.K. SISTO | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before us on a limited remand from the Ninth Circuit to rule on whether a certificate of appealability should issue in this matter. Based on our June 4, 2009 Order Denying Petition For Writ of Habeas Corpus, we conclude that petitioner has failed to make a substantial showing of the denial of a constitutional right. Accordingly, we decline to issue a certificate of appealability.

IT IS SO ORDERED.

DATED: FEBRUARY 10, 2011

_____
George H. King[1]
United States District Judge

[1]United States District Judge for the Central District of California sitting by designation.